UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WALLACE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEWART SHERMAN, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00213-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF NO. 2) |

　　　　Plaintiff Darryl Wallace ("Wallace") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action filed pursuant to 42 U.S.C.

　　　　The Court has reviewed the application and finds that Plaintiff has made the showing required by § 1915(a), and accordingly, the application to proceed *in forma pauperis* is GRANTED. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Director of the California Department of Corrections or his/her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of Court each time the amount in the

1

accounts exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of Court. The payments shall be clearly identified by the name and number assigned to this action;

2. The Clerk of Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF); and

3. The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **February 19, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE