UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WALLACE,<br><br>  Plaintiff,<br><br>  v.<br><br>STEWART SHERMAN, et al.,<br><br>  Defendants. | No.  1:20-cv-00213-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 9) |

    Plaintiff Darryl Wallace is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 21, 2020, the assigned magistrate judge screened plaintiff's first amended complaint ("FAC") and issued findings and recommendations, recommending that this action be dismissed without further leave to amend due to plaintiff's failure to state a cognizable claim. (Doc. No. 9.)  The magistrate judge found that despite having previously been provided with the relevant legal standards to allege an Eighth Amendment "slip and fall" claim, in his FAC, plaintiff still failed to allege any "exacerbating conditions" in support of that claim.  (*Id.* at 6–7.)

    On August 17, 2020, plaintiff filed objections to the pending findings and recommendations.  (Doc. No. 12.)  In his objections, plaintiff does not meaningfully dispute the magistrate judge's analysis in the pending findings and recommendations.  (*See generally* Doc.

*id.*) Instead, he points the court to his allegations and argues that they are sufficient to satisfy the relevant legal standards.  (*Id.*)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on July 21, 2020 (Doc. No. 9) are adopted in full;
2. This action is dismissed without further leave to amend due to plaintiff's failure to state a cognizable claim for relief; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 1, 2020**

UNITED STATES DISTRICT JUDGE